```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/26/12
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOHN EASTCOTT,
                      Plaintiff,

-against-

HASSELBLAD A/S, HASSELBLAD USA INC.,
and B&H PHOTO & ELECTRONICS CORP.,
                      Defendants.
------------------------------------------------------------X

11 **CIVIL** 5383 (JSR)

**JUDGMENT**

    Defendants having moved for summary judgment, and the matter having come before the Honorable Jed S. Rakoff, United States District Judge, and the Court, on September 24, 2012, having rendered its Memorandum Order granting the defendants' summary judgment motion, dismissing the complaint with prejudice, and directing the Clerk of the Court to enter judgment in favor of defendants, it is,

    **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Order dated September 24, 2012, the Court grants the defendants' motion for summary judgment and dismisses the complaint with prejudice; accordingly, judgment is entered in favor of defendants.

**Dated:** New York, New York
          September 26, 2012

                                          **RUBY J. KRAJICK**
                                            **Clerk of Court**
                         **BY:**
                                            **Deputy Clerk**

                                            THIS DOCUMENT WAS ENTERED
                                            ON THE DOCKET ON _____