USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: OCT 2 3 2012

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
Civil Action No.: 11-Civ-5383 (JSR)

---

| | |
|---|---|
| JOHN EASTCOTT, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| HASSELBLAD A/S ) | NOTICE OF APPEAL |
| HASSELBLAD USA INC., and ) | |
| B&H PHOTO & ELECTRONICS CORP. ) | |
| ) | |
| Defendants. ) | |

---

Pursuant to 28 USCA § 2107 and Rule 3 of the Federal Rules of Appellate Procedure, notice is hereby given that Plaintiff John Eastcott in the above-named case hereby appeals to the United States Court of Appeals for the Federal Circuit from the Memorandum Order entered in this action on September 25, 2012.

In accordance with 28 USC § 1913 Plaintiff John Eastcott appeals to the United States Court of Appeals for the Federal Circuit from the Memorandum Order.

A check in the amount of $455.00 for docketing fee in accordance with 28 USC §1913 is attached hereto.

This 23rd day of October, 2012

Douglas W. Wyatt (DW8123)
Douglas C. Wyatt (DW8779)
Wyatt, Gerber & O'Rourke
99 Park Avenue, Suite 330
New York, N.Y. 10016
(212) 681-0800
douglaswwyatt@aol.com

*Attorneys for Plaintiff*
John Eastcott

1