USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: OCT 23 2012

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
Civil Action No.: 11-Civ-5383 (JSR)

---

JOHN EASTCOTT, )
)
    Plaintiff, )
)
v. )
) NOTICE OF APPEAL
HASSELBLAD A/S )
HASSELBLAD USA INC., and )
B&H PHOTO & ELECTRONICS CORP. )
)
    Defendants. )

---

Pursuant to 28 USCA § 2107 and Rule 3 of the Federal Rules of Appellate Procedure, notice is hereby given that Plaintiff John Eastcott in the above-named case hereby appeals to the United States Court of Appeals for the Federal Circuit from the Memorandum Order entered in this action on September 26, 2012.

In accordance with 28 USC § 1913 Plaintiff John Eastcott appeals to the United States Court of Appeals for the Federal Circuit for the Memorandum Order.

A check in the amount of $455.00 for docketing fee in accordance with 28 USC §1913 is attached hereto.

This 23rd day of October, 2012

                                               Douglas W. Wyatt (DW8123)
                                               Douglas C. Wyatt (DW8779)
                                               Wyatt, Gerber & O'Rourke
                                               99 Park Avenue, Suite 330
                                               New York, N.Y. 10016
                                               (212) 681-0800
                                               douglaswwyatt@aol.com

                                               *Attorneys for Plaintiff*
                                               John Eastcott